FILED

03/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0402

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0402

_____

IN THE MATTER OF THE GUARDIANSHIP
OF:

J.S.M.,

    A Minor Child:

DIANA R. MERIDETH and KENNETH M.
MERIDETH,

        Petitioners, Appellees and Cross
Appellants,

_____

IN THE MATTER OF THE GUARDIANSHIP
OF:

J.S.M.,

    A Minor Child:

CAROL M. MERIDETH,

    Petitioner and Appellant.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda R. Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 24 2021